# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jason W. Tossey

        Plaintiff                         Civil 10-0001 (PAM/RLE)

v.

                                         **ORDER OF DISMISSAL**

Bureau of Professional Collections, Inc.

        Defendant

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May __7__ , 2010

                                           s/Paul A. Magnuson
                                           Paul A. Magnuson, Judge
                                           United States District Court